UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

ERIN ZOLDAK,

               Plaintiff,

   -against-

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

------------------------------------X

O R D E R

09 CV 5047 (ARR)

ROSS, United States District Judge:

Plaintiff initiated this action by filing a complaint on 11/17/09.

The parties are directed to adhere to the following policies, which the Board of Judges have adopted for expediting the disposition of Social Security cases.

Defendant will obtain **and serve upon plaintiff the administrative record of the proceedings below, along with its answer, within 90 days, by 2/17/10.** Unless otherwise directed by the Court, defendant will move for judgment on the pleadings within the next sixty(60) days, or by 4/17/10, **by service of motion papers upon plaintiff.** Plaintiff's response papers **shall be served upon defendant** within thirty(30) days thereafter, by 5/8/10. **Defendant shall thereafter file the entire set of motion**

1

papers and the administrative record with the Court.

SO ORDERED:

Dated:   Brooklyn, New York
         November 19, 2009

/S/
_____
Allyne R. Ross
United States District Judge

2

COPIES OF THIS ORDER WERE FORWARDED TO:

Douglas C.J. Brigandi, Esq.
214-11 Northern Blvd.
Suite 201
Bayside, NY 11361


U.S. Attorney's Office
EDNY
Civil Division
One Pierrepont Plaza
Brooklyn, NY 11201
ATTN: Jannette Rodriguez